| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Lynch, Gerard E | 2. Court or Organization<br><br>US District Court - SDNY | 3. Date of Report<br><br>5/10/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>US District Judge - active | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial ● Annual ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br>40 Foley Square<br>New York, NY 10007 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Professor of Law | Columbia University |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 MAY 20 P 12: 21 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 1/1/03 | Columbia University | $23,000 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1/1/03 | Flushing Hospital |
| 2. | 1/1/03 | Private practice of psychotherapy |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Columbia University | Jan. 3-5; Washington DC: conference of Association of American Law Schools (transportation, room, meals) |
| 2. | Federal Bar Council | Feb. 15-23; Kapalua, HI: taught in CLE programs (transportation, room, meals) |
| 3. | American Law Institute | June 21-22; Philadelphia, PA: conference on revision of Model Penal Code (transportation, room, meals) |
| 4. | New York Council of Defense Lawyers | Oct. 17-18; Rye, NY: moderated panel (room, meals) |
| 5. | Federal Bar Council | Oct. 18-19; Old Saybrook, CT: taught CLE program (room, meals) |
| 6. | The Aspen Institute | Nov. 14-16; Wye, MD: conference on international law (transportation, room, meals) |

V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE_ - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Gerard E | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Citibank accounts | A | Interest | L | T | | | | | |
| 2. Merrill Lynch Money Market | A | Dividend | K | T | | | | | |
| 3. John Hancock US Global Growth | | | K | T | | | | | |
| 4. H&R Block Money Market | A | Interest | L | T | | | | | |
| 5. IOS Capital Inc NT | A | Interest | | | SELL | 6/16 | J | A | |
| 6. Nuveen Qual Pfd Fd. | A | Dividend | | | SELL | 3/10 | J | A | |
| 7. Blackrock NY Muni Inc. Tr. | A | Dividend | J | T | | | | | |
| 8. Gabelli Utility Trust PFD | A | Dividend | J | T | BUY | 7/28 | J | | |
| 9. ABN Amro Cap Fd. Tr. I | A | Dividend | | | SELL | 9/30 | J | | |
| 10. Nicholas Applegate Con. Fd. | A | Dividend | J | T | BUY | 3/31 | J | | |
| 11. PLC Capital Trust | A | Dividend | | | REDEEM | 10/25 | | | |
| 12. PIMCO NY Muni Fnc Fd. | A | Interest | J | T | | | | | |
| 13. ML Global Allocation B | A | Dividend | J | T | BUY | 7/29 | J | | |
| 14. Triborough BTA Bonds | B | Interest | K | T | Partial Red | 1/3 | J | | |
| 15. Alliance Bernstein Gr/Inc. Fund A&B | A | Dividend | K | T | BUY | 4/9 | K | | |
| 16. Alliance High Yield Cl B | A | Dividend | J | T | | | | | |
| 17. Alliance Premier Cl B | A | Dividend | | | SELL | 10/9 | J | | |
| 18. Nuveen Municipal Value | B | Dividend | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Gerard E | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Oppenheimer Main St A | B | Dividend | K | T | | | | | |
| 20. | | | | | | | | | |
| 21. Oppenheimer Conv Sec Cl B | A | Dividend | K | T | | | | | |
| 22. Putnam Health Serv Tr Cl B | | | J | T | | | | | |
| 23. Putnam Intl Gr Fund Cl B | | | K | T | | | | | |
| 24. Seligman Lg Cap Val Cl B | A | Dividend | K | T | | | | | |
| 25. Columbia Growth Stock Cl B | | | J | T | | | | | formerly called Liberty |
| 26. AIM Tax Free Int Shares | A | Dividend | J | T | | | | | |
| 27. | | | | | | | | | |
| 28. Rochester Muni Fd Cl A | D | Dividend | M | T | | | | | |
| 29. Templeton Dev. Mkt. Trust A | | | J | T | | | | | |
| 30. Yonkers NY Indl Dev. Agency | A | Interest | K | T | | | | | |
| 31. | | | | | | | | | |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |
| 34. | | | | | | | | | |
| 35. | | | | | | | | | |
| 36. | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 | |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Gerard E | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Nuveen Tx Free Unit TRINSD | B | Interest | K | T | | | | | |
| 38. SunAmerica Strat. Inv. Fd. A | A | Dividend | J | T | | | | | |
| 39. TIAA-CREF | | | N | T | | | | | |
| 40. | | | | | | | | | |
| 41. Pioneer Fd. Cl B | A | Dividend | J | T | | | | | |
| 42. Citibank IRA | | | J | T | | | | | |
| 43. | | | | | | | | | |
| 44. Alliance Tech Fd Cl B | A | Dividend | K | T | | | | | |
| 45. Federated Intl Small Co Fd | | | J | T | | | | | |
| 46. | | | | | | | | | |
| 47. John Hancock Small Cap Fd | | | J | T | | | | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |
| 51. NYS Dorm Auth Bonds | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lynch, Gerard E | 5/10/2004 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS      (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____                Date ___5/10/04___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544